# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 24CR2683-RSH |
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| JOSE ISABEL SOTO DE LA ROSA, | |
| Defendant | |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Indictment against Defendant in this case is dismissed without prejudice.

SO ORDERED.

DATED: January 23, 2025

_____
HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE